RECEIVED
OCT 09 2020
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

2

Clarkson Wants Big Jud 4-June 19 CO Che

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

Leroy J Stansberry
Applicant,
vs.
State of Alaska
Respondent.

10-6-2020 DA Copie

CASE NO. 3AN-17-07947CI

Forward to Records

NOTICE OF RESCHEDULED HEARING

Criminal Person of Racketeering crime Interests

E

This case is rescheduled for:

Event: Representation Hearing
Courtroom: Courtroom 304, Nesbett Courthouse
Location: 825 W 4th Ave
Anchorage, AK 99501
Date: 06/19/2019
Time: 1:00 pm

See 6-5-19

The hearing previously scheduled for 6/7/2019 is vacated.

LEGAL MAIL

6/3/2019
Date

By: CrosbyLawClerk
Deputy Clerk

6-25-19 For 28-mo

O.P.A Paul, Fleur, Rex, Court Notice of Manipulate PCR

I certify that on 6/3/2019 a copy of this notice was mailed to:
James J Fayette
District Attorney (3AN)
Fleur L Roberts

Entered AF 6/4/19

Clerk: CrosbyLawClerk

6-7-19 AKS

☒ OPS
☒ Security
☒ Prisoner
☒ Mailroom

Mail or Faxes By DOC & OVR

OVR Expert Witnesses copies Mail Notice Court Hearing

New Court Dated 19th June 19

FILE COPY

Sinenct

Thefts Deception

TF 105(cv (10/04)
Notice Of Rescheduled Hearing

DOC Staff Com Nancy, Supts & Officers.

Rescheduled
Abuse of Meglect

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

State of Alaska,
State of Alaska,
vs.
Leroy J Stansberry,
Defendant.

CASE NO: 3AN-06-00477CR

CALENDARING NOTICE

This case is scheduled for:

D.A Copie D.O.J

Forward to Records

10-5-2020

Date: June 17, 2019
Time: 10:00 am
Event: Representation Hearing
Judge: Dani R Crosby
Location: Courtroom 304, Nesbett Courthouse
Court: 825 W 4th Ave
Anchorage, Alaska 99501

E

LEGAL MAIL

Alaska Court Person of Scandal Hate crime Keep It

6/13/2019
Date

JKapper
Calendaring Clerk

Simple Forward.

I certify that on 6/13/19
a copy of this notice was mailed or delivered to:
File Copy
Leroy J Stansberry
District Attorney
Spring Creek Correctional facility
Lewr Roberts

Clerk: JKapper

Entered AF 6/13/19

☐ OPS
☐ Security
☒ Prisoner
☐ Mailroom

Hearing/Event information for this case is also available online at http://www.courtrecords.alaska.gov/.

Corhurst

Corhurst on 17-June 19 10:25am

FILE COPY

COERCE

COERCION

* per phone conversation this a schedule change from the previously scheduled [illegible] on 6/19/19 1300

CIV-102 (3/04)
Calendaring Notice by Clerk

UNITED STATES COURT OF FEDERAL CLAIMS
717 MADISON PLACE, N.W.
WASHINGTON, DC 20439

OFFICIAL BUSINESS

LEGAL MAIL

Forward to Records

E

13th Oct 20 New Mail Fraud Scam
RETURN TO D.A office 271-5071
For Bryan Natasha Sherman Jones
To Use As Evidence For Judge Hypocrisy

10/2/20

LEROY STANSBERRY
# 276000
~~SPRING CREEK CORRECTIONAL CENTER~~
3600 BETTE CATO AVENUE
SEWARD, AK 99664

10-13-2020

Criminal Mail Person of Vigatante Hate
Mail Fraud By SCCC Security DA Mail Stop

10-5-2020

Grand Jury Copies
at 907-646-3400

NOW DA REPORTS
Court Deputy Return To
Law Office-Natash 222-7771
on 15th Oct, 2020

LEGAL MAIL

Forward to Records

DATE 5th Oct 2020
U.S Court Clerk DA To
Returne To DOT Burrs

IN THE UNITED STATES DISTRICT COURTS
FOR DISTRICTS OF ALASKA DEPUTY TO FACSIMILE
D.A. BRYAN FOR GRAND JURY COURT WARRANT FOR CPD

REFILED: ALASKAN BLACK PRISONES RIGHTS HEROES DUE LEE ROY J STANSBERRY, PAMELA S DARRYL L JONES, Natasha Sherman Jones Fax To C.P.D 202-307-3198

Application D.A Facsimile

VS,

RECLAIM: BOP Deputy Director Gene Beasley, Fleur L Roberts DA Bryam Schroder 271-5071 OVR, Katherine Hansen Rex Snake Butler Timothy M. Burgess O.P.A Paul, P.D.A Boots Gov Dunleavy. Defendant Person of Interests

* COURT DA GRAND JURY CASE FOR A.I. 9-2820 D. 1# (18 U.S.C. 3006A) REQUESTED FOR GRAND JURY TO REHEARING LEE ROY J STANSBERRY LEGAL DEFENSE EXPERT FOR ACQUITTAL DECISION By 19th Oct 2020 1:30pm

2# ENTRY 10-5-2020 DA MOTION TO GRANDED CPD PRISONER RIGHTS TO DEMOLISH CRIMINAL POLITICAL CORRUPTED IN CASE ON 28th Sept 2020

REFILED ALASKAN BLACK PRISONER RIGHTS HERO GROUP TO LEE ROY J STANSBERRY GRAND JURY 9-28-2020

Comes Now On 28th Sept 2020 TO ENTRY ALASKAN BLACK APPLICATION LEE ROY J STANSBERRY LEGAL DEFENSE EXPERT REQUEST FOR GRAND JURY ACQUITTAL DECISION BY 19th Oct, 2020 Time 130 pm FOR U.S DISTRICT ATTORNEY BRYAM SCHRODER TOO RESOLVED LEE ROY CASE OF CRIMINAL JUDGE Timoth M Burgess Judicial Hypocrisy Crimes of Fleur L Roberts 2020 Sept 28th Grand Jury VS, Bifurcated Trial Review

WE HEREBY ORDERED TO SERVER GRAND JURY COURT WARRANTS ON BOP TO DEMOLISH THE CRIMINAL POLITICAL CORRUPTED C.P.D 202-307-3198 JRS Court DA Come 5th Oct BOP 9-28-2020 To Facsimile Natosha Jones 222-7771

DATE 5th Oct 2020 Mail Now For DA Bryam Court Clerk Retune To Govs Dunleavy To Answer For State Judge Damages Of $7-Million Dollars

1 of 4 Grand Jury Mistrial Decision

Case 3:20-cv-00262-SLG Document 1 Filed 10/09/20 Page 4 of 9

LEGAL MAIL

Forward to Records
10-5-2020



REVIEW: ON 9-28-2020 ALASKAN PRISONER RIGHTS SERVER FOR BUREAU OF PRISONERS C.P.D STAFF TO RETURN BACKTO U.S DISTRICT COURT DA RECORD

(1#) IT IS HEREBY ORDERED FOR BUREAU OF PRISONER RIGHTS CPD TO GRANTED LEROY I STANSBERRY LEGAL DEFENSE EXPERT RIGHTS FOR ACQUITTAL DECISION'S BY GRAND JURY OR FED DA Bryam Or State Judge Herman Jr Walker On 19th Oct, 2020 Time 130 pm TO BEEN RESOLVED THE LEGAL DAMAGES BAD JUDGE MISTRIAL A-13291

STATE OF ALASKA DEPT OF CORRECTION PERSON TO ENTER CRIMINAL POLITICAL RAEKETEERING

2# IT IS HEREBY C.P.D DIRECTOR MANDATE ALASKAN PRISONER RIGHTS HERO LEROY I STANSBERRY LEGAL DEFENSE REQUESTED FOR COM NANCY DAHISTROM TO TERIMINATED ALL OF THE

CRIMINAL POLITICAL CORRUPTED SECURITY FRAUD CRIMES ATTACKS ON STATE PRISONER LEGALLY JUSTICE COURT ACTION TO REHEARING NEW EXPERT EVIDENCE FOR ACQUITTAL DECISION BY GRAND JURY TO RELEASING LEE ROY I STANSBERRY ON 20th Oct 2020 9:30am PER 3AN-17-07947CI WE ARE REQUEST FOR APPEALS BAD JUDGE DANI R CROSBY MISTRIAL CASE A-13291 By Criminally Insane Fleur L Roberts Miscommunication Crimes To Forgery $7 Million

B.O.P D.A. Order Alaskan Justice Right Bill 7-LPR
9-29-2020

On 9-29-2020 Request To Returne Grand Jury Court Facsimile Warrants For DA Office 907-271-5071 & BOP, DC

C.P.D Grand Jury DA copy of 3 page

NOW TO RECOMMENED BOP STAFF TOO DEMOLISH THE DOC CRIMINAL LAW GROUP THIEF ENTER INTO ALASKAN PRISONER LEGAL COURT JUSTICE CASE TO BE REINSTATE 17-Million Dollars For LEROY I STANSBERRY INJUSTICE HARMS OVER 17 yrs OF Criminal Public Defender Con-Artists From 7th Oct, 2003 To 2020 Oct 19th Time 1:30 AM

(3#) THE UNITED STATES DISTRICT COURT PERSON OF CRIMINAL POLICE CORRUPTION HATE CRIME'S

ON 9-29-2020 WE ENTRY CRIMINAL JUDICIAL REPORT FOR PERSON OF CONNECTED CRIMINALLY INJUSTICE HYPOCRISY HATE CRIMES BY Timothy Mark Burgess AND OVR Katherine Hanser 754-3460 AND FEDERAL PUBLIC DEFENDER SCAM Artist Bruce Johnson 646-3400 & Jamie E Mark Osterman 907-283-5660 MISTRIALS By FEDERAL JUDGE SCANDALOUS HABEAS CORPUS DECISIONS OF PROPAGANDA CRIME OF $17 Million Dollars For Wrongful Judge Convicted Damages For MALCOLM LEE ROY JEFFREY STANSBERRY 58 year Older

REFILED 29th Sept 2020 By [signature] 5th Oct

LEGAL MAIL

Forward to Records

ALASKAN PRISONER RIGHTS HERO LEROY I STANSBERRY, PAMELA,

DA S/S Copie 5th Oct 2020 DA Trial Record

UNITED STATES D.A OFFICE 907-271-5071 Bryam Schroder Jefo

C.P.D S/S 5th Oct 2020. Victim Justice Rights

C.P.D Director Gene at 202-307-3198

Com [illegible] [illegible] State of AK 3

Enter Law Offices Darryl Matesha Sherman Jones To Return Facsimile To D.A Bryam Grand Jury Decision On 19th Oct 2020

4 copy

LEGAL MAIL

Forward to Records

IN THE UNITED STATES DISTRICT COURT'S
FOR THE DISTRICT'S OF ALASKAS DISTRICT ATTORNEY BRYAM
TO FACSIMILE COURT WARRANTS FOR GOV, MIK ON 10-19-2020

| | |
|---|---|
| REFILED! LEEROY I STANS BERRY, PAMELA, SHERMAN JONES Natasha Darryl L Jones 907-222-7 771 CRD DA OFFICE 271-5071 Application Grand Jury Copie VS, RECLAIMS DISTRICT ATTORNEY BRYAM FOR GRAND JURY, EXECUTIVE BRANCHER GOV, DUNLEAVY, ROBERTS BURGESS, GVR REY S BUTCR Defendant Interest of Racketeerings | COURT DA GRAND JURY CASE AJ-9-2820 Copie LEGAL GRAND JURY REQUESTS FOR GOV, S MIKE DUNLEAVY TO ANSWER FOR CRIMINAL EXECUTIVE RACKETEE RING CRIMES TO JUAGU SCANDAL APPEALS MISTRIAL OVER $17- Million Dollars of Crimin al Visatante Injustices |

ANCHORAGE TRIAL JUDGE AT 222 W, 7th Ave DA Room 253

THE ALASKAS GRAND JURY LEGAL RIGHTS TO GRANTED LEROY I STANSBERRY REQUESTS FOR ALASKAS EXE CUTIVE PARDON FOR DA BRYAM TO ISSUED COVN. 19th Oct 2020

IT IS HEREBY ORDERED FOR GRAND JURY RIGHTS TO GRANTED LEROY I STANSBERRY REQUESTED TO RECLAIM FOR ALASKAS EXECUTIVE BRANCHER COURT DECISIONS ON DATE 19th Oct, 2020 Time 1 30 pm FOR DISTRICT ATTORNEY TO ISSUED AN COURT WARRANT FOR GOV, S MIKE DUNLEAVY TO ANSWER FOR BAD JUDGE SCANDAL APPEALS MISTRIAL CRIME FOR OVER 17 yr

REFILED POWER OF JUSTICE LAW By S/S 5th Oct
D.A. Trial Case
U, S DISTRICT ATTORNEY BRYAM etc Office 907-271-5071 DOJ

By S/S Copie 5th Oct 2020 SERVED DA Copie IS APPROVED NOW BY GRAND JURY TO ENTRY LEEROY LEGAL TRIAL RIGHTS TO RECLAIMS FOR EXECUTIVE BRANCH CERTIFIED COURT WARRANT FOR GOV. S/S Copie 5th Oct

BOP DA Copiee To Return To Gov. Mike Dunleavy, etc
Facsimile 10-5-2020 Mailms 4 Gov Vigilante Injustice Crime

Forward to Records

DATE 5th Oct, 2020 TO ENTRY COURT CLERK D.A Bryam To Return Court Mail Copie To Gov, Mike, E DOJ Barrs

L.J STANSBERRY 27600 DA Copi
Spring Creek Correctional Center
3600 Bette Cato Ave O.VR
Seward, AK 99664
From Mail Clerk 10-5-2020

neopost
10/06/2020
US POSTAGE
FIRST-CLASS MAIL
$00.65º
ZIP 99664
041L11240766

CERTIFIED MAIL FOR D.A TOO
SERVER COURT WARRANT FOR GOV, MA

TO! FEDERAL COURT CLERK FOR D.A Bryam
FOR UNITED STATES DISTRICT COURTROOM TMB
222 W. 7th Ave Judge Trial Copie
Anchorage, Alaska 99513

DATE 5th Oct 2020 Grand Jury Copie Return To D.A Office DOI


LEGAL MAIL
BLACK VICTIM COURT DA WARRANT
FOR Timothy Burgess Vigatante
Gov Dunleavy Hate Crime
10-5-2020
Spring Creek Correctional Center
3600 Bette Cato Ave.
Seward, Alaska 99664